UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RALPH S. JANVEY, in his Capacity as Court-Appointed Receiver for the Stanford Receivership Estate, THE OFFICIAL STANFORD INVESTORS COMMITTEE, and SAMUEL TROICE and MANUEL CANABAL, on their own behalf and on behalf of a class of all others similarly situated, <br><br> Plaintiffs, <br><br> VS. <br><br> WILLIS OF COLORADO INC., WILLIS LTD., WILLIS GROUP HOLDINGS LTD., WILLIS NORTH AMERICA, INC., AMY S. BARANOUCKY, BOWEN, MICLETTE & BRITT, INC. and ROBERT S. WINTER, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 3:13-cv-3980 |

**AGREED STIPULATION REGARDING
SERVICE OF PROCESS AND BRIEFING DEADLINES[1]**

WHEREAS, plaintiffs filed their First Amended Complaint in this action on November 15, 2013, adding Bowen, Miclette & Britt, Inc. and Robert S. Winter as additional defendants. Defendants have not been served with process;

WHEREAS, plaintiffs wish to avoid the time and expense of effecting service of process upon defendants Bowen, Miclette & Britt, Inc. and Robert S. Winter;

---

[1] By entering into this stipulation, defendants specifically preserve and do not waive any and all rights, including with regard to making further scheduling applications with the Court, and any and all other applicable defenses, including those contained in Rule 12 of the Federal Rules of Civil Procedure, and plaintiffs reserve the right to oppose any such scheduling applications filed by defendants.

WHEREAS, on October 7, 2013, the Supreme Court of the United States heard argument in *Troice P. Willis of Colorado, Inc., et al.*, No. 3:09-cv-01274-N (N.D. Tex.) (the "*Troice* Petition"), a related action involving many of the same plaintiffs, defendants, and claims as this action; and

WHEREAS, the Supreme Court's forthcoming decision in *Troice* will bear upon the issue of whether and, if so, how the Securities Litigation Uniform Standards Act ("SLUSA") applies to this action;

THEREFORE, in the interest of efficiency and to preserve Court and party resources, the parties hereby stipulate and agree as follows, subject to the approval of the Court:

1. Defendants Bowen, Miclette & Britt, Inc. and Robert S. Winter (collectively, "Defendants") waive formal service of process; *provided, however*, that Defendants expressly preserve and do not waive any and all applicable defenses contained in Rule 12 of the Federal Rules of Civil Procedure, including all jurisdictional and other challenges to litigation in this forum;

2. Except as provided in Paragraph 3 below, Defendants' deadline to answer, move against, or otherwise respond to the Complaint in this action shall be February 14, 2014; plaintiffs' opposition to any motion to dismiss shall be due April 15, 2014; and Defendants' replies in further support of any motion to dismiss shall be due May 15, 2014; and

3. All SLUSA-related arguments with respect to the claims alleged in this action shall be deferred, and shall not be waived, pending the Supreme Court's final determination of the *Troice* Petition, and Defendants shall have 60 days from the date of that determination to file a supplemental motion to dismiss brief regarding the applicability of SLUSA to this action; if

Defendants file such a supplemental brief, plaintiffs shall then have 60 days to file a response, and Defendants shall then have 30 days to file a reply.

    Signed December \_\_\_\_\_, 2013.

 

_____
David C. Godbey
United States District Judge

**AGREED:**

| | |
|---|---|
| s/ Edward C. Snyder | s/ Bradley W. Foster |
| Edward C. Snyder | Bradley W. Foster |
| Texas Bar No. 00791699 | State Bar No. 07283200 |
| Jesse R. Castillo | Matthew G. Nielsen |
| Texas Bar No. 03986600 | State Bar No. 24032792 |
| CASTILLO SNYDER, P.C. | ANDREWS KURTH LLP |
| 300 Convent Street, Suite 1020 | 1717 Main Street, Suite 3700 |
| San Antonio, Texas 78205 | Dallas, Texas 75201 |
| Telephone: (210) 630-4200 | Telephone: (214) 659-4400 |
| Facsimile: (210) 630-4210 | Facsimile: (214) 659-4401 |
| | |
| **ATTORNEYS FOR THE OFFICIAL STANFORD INVESTORS COMMITTEE, THE CLASS PLAINTIFFS, AND THE PUTATIVE CLASS** | David P. Whittlesey
State Bar No. 00791920
ANDREWS KURTH LLP
111 Congress Avenue, Suite 1700
Austin, Texas 78701
Telephone: (512) 320-9321
Facsimile: (512) 320-9200 |
| | |
| s/ Douglas T. Buncher | |
| Nicholas A. Foley | Nicholas J. Lanza |
| Texas Bar No. 07208620 | State Bar No. 11941225 |
| Douglas J. Buncher | MCCORMICK, LANZA & MCNEEL, LLP |
| Texas Bar No. 03342700 | 4950 Bissonnet Street |
| NELIGAN FOLEY, LLP | Bellaire, Texas 77401 |
| Republic Center | Telephone: (713) 523-0400 |
| 325 N. St. Paul, Suite 3600 | Facsimile: (713) 668-6417 |
| Dallas, Texas 75201 | |
| Telephone: (214) 840-5320 | **ATTORNEYS FOR DEFENDANT** |
| Facsimile: (214) 840-5301 | **BOWEN, MICLETTE & BRITT, INC.** |

**ATTORNEYS FOR THE RECEIVER**

                                              s/ Paul K. Nesbitt
                                              State Bar No. 14920500
                                              KELLY, SUTTER & KENDRICK, P.C.
                                              3050 Post Oak Blvd., Suite 200
                                              Houston, Texas 77056
                                              Telephone: (713) 595-6000
                                              Facsimile: (713) 595-6001

                                              **ATTORNEYS FOR DEFENDANT**
                                              **ROBERT S. WINTER**