IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE STANFORD ENTITIES | § | |
| | § | Civil Action No. 3:09-MD-2099-N |
| SECURITIES LITIGATION | § | |

## ORDER

The Court will hold a status hearing for all parties to the Stanford MDL proceeding affected by the Supreme Court's decision in *Chadbourne & Parke LLP v. Troice*, 134 S. Ct. 1058 (2014) on Thursday, August 21, 2014 at 10:00 a.m. in Courtroom 1505.

The Court intends to discuss, *inter alia*, (a) whether consolidation of certain lawsuits or coordinated discovery in certain lawsuits should occur; (b) scheduling and related briefing issues; and (c) the parties' respective views concerning how this Court should prioritize matters in the pending lawsuits.

Signed July 22, 2014.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE