IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THE OFFICIAL STANFORD INVESTORS COMMITTEE, *et al.*, | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 3:13-CV-3980-N |
| WILLIS OF COLORADO, INC., *et al.*, | | |
| Defendants. | | |

# **ORDER**

This Order addresses Defendants Willis of Colorado, Inc., Willis Limited, and Willis North America Inc.'s (collectively, "Willis") motion to amend the Court's December 5, 2014 order [69]. The Court grants Willis's motion. Pursuant to Federal Rule of Civil Procedure 54(b), the Court amends its December 5, 2014 Order [64] to reflect dismissal of the Receiver's and the Official Stanford Investor Committee's claims for aiding and abetting, or participation in fraudulent transfers.[1] Those claims are accordingly dismissed with prejudice.

---

[1] For a more detailed analysis of the claim, see this Court's December 17, 2014 Order 25–27 [114], *in The Official Stanford Investors Committee v. Greenberg Traurig*, *LLP*, Civil Action No. 3:12-CV-4641-N (N.D. Tex. filed Nov. 15, 2012).

ORDER – PAGE 1

Signed February 4, 2015.

_____
David C. Godbey
United States District Judge

ORDER – PAGE 2